**EVAPORATED MILK ASSOCIATION et al. v. Honorable Michael J. ROCHE, Judge of the District Court of the United States for the Northern District of California, and the District Court of the United States for the Northern District of California, Southern Division.**

No. 10034.

Circuit Court of Appeals, Ninth Circuit.

March 4, 1942.

Pillsbury, Madison & Sutro, Marshall P. Madison, Francis R. Kirkham, Morrison, Hohfeld, Foerster, Shuman & Clark, Herbert W. Clark, Dunne & Dunne, Arthur B. Dunne, Webb, Webb & Olds, U. S. Webb, Walter K. Olds, Brobeck, Phleger & Harrison, and Maurice E. Harrison, all of San Francisco, Cal., Willis I. Morrison, of Los Angeles, Cal., Lee M. Olds, of San Francisco, Cal., Joseph A. Murphy, of Oakland, Cal., Nat Brown, of Stockton, Cal., J. Wesley Cupp, of Los Angeles, Cal., E. R. Hoerchner, of San Francisco, Cal., W. E. Foley and James W. Foley, both of San Jose, Cal., and Patrick A. Geraghty, of Seattle, Wash., for petitioners.

Tom C. Clark and Wallace Howland, Sp. Assts. to Atty. Gen., and Fred S. Gilbert, Jr., Sp. Atty., of San Francisco, Cal., for respondents.

Before WILBUR, GARRECHT, and HEALY, Circuit Judges.

PER CURIAM.

Upon consideration of the petition for a writ of mandamus or other appropriate writ in this matter, and of the briefs and affidavits in support thereof, and of respondents' return to order to show cause heretofore issued on said petition, and briefs in opposition to said petition, and good cause therefor appearing, it is ordered that Honorable Michael J. Roche, Judge of the District Court of the United States for the Northern District of California, and the District Court of the United States for the Northern District of California, Southern Division, reinstate the petitioners' pleas to the jurisdiction of the Grand Jury to return the indictment and the jurisdiction of the said District Court over the cause, and to reinstate the replications of the United States of America to said pleas, and to set the issues raised thereby for jury trial.

**In the Matter of EMAYKEW REALTY CORPORATION, Bankrupt. L. William Santasiere, as Trustee in Bankruptcy of Emaykew Realty Corporation, Bankrupt, Appellant**

No. 215.

Circuit Court of Appeals, Second Circuit.

March 23, 1942.

Dannenberg & Hazen, of New York City (Joseph Dannenberg, of New York City, on the brief), for trustee-appellant.

Charles S. Port, of New York City, for appellee.

Before AUGUSTUS N. HAND, CLARK, and FRANK, Circuit Judges.

PER CURIAM.

Order affirmed in open court without prejudice to the bringing of any action that the trustee may be advised to bring based on an unlawful preference, if any.